# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                                                    PLAINTIFF

v.                             No. 5:19-cv-11-DPM-JJV

JAMES GIBSON, Warden, Varner
Unit; WALTER WASHINGTON,
Lieutenant, Varner Unit; and
WENDY KELLEY, Director,
ADC Central Office                                                                            DEFENDANTS

## ORDER

Recommendation, № 4, adopted as modified. Shirhashirim's complaint fails to state any official-capacity claims against the Defendants; but he's requested leave to amend. That motion, № 5, is granted. Shirhashirim must file his amended complaint by 4 March 2019. The Court returns this case to Magistrate Judge Volpe for further proceedings, including screening the amended complaint in due course.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 February 2019