IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                      PLAINTIFF

v.                         No. 5:19-cv-11-DPM-JJV

JAMES GIBSON, Warden, Varner
Unit;  WALTER WASHINGTON,
Lieutenant, Varner Unit;  and
WENDY KELLEY, Director,
ADC Central Office                                              DEFENDANTS

## ORDER

Unopposed partial recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Shirhashirim's claims against Kelley and his equal protection claim against Gibson are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019