IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                      PLAINTIFF

v.                      No. 5:19-cv-11-DPM-JJV

JAMES GIBSON, Warden, Varner
Unit; WALTER WASHINGTON,
Lieutenant, Varner Unit; and
WENDY KELLEY, Director,
ADC Central Office                                              DEFENDANTS

## ORDER

The Court has considered Shirhashirim's belated objections. № 17. They do not change the analysis on his equal protection claim against Gibson or his claims against Kelley. On *de novo* review, the Court therefore stands by its 7 March 2019 Order adopting the partial recommendation. № 8 & № 16.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 March 2019