IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                              PLAINTIFF

v.                          No. 5:19-cv-11-DPM-JJV

JAMES GIBSON, Warden, Varner
Unit; and WALTER WASHINGTON,
Lieutenant, Varner Unit                                                  DEFENDANTS

# ORDER

1. All claims against Defendant Gibson have been dismissed without prejudice. № 16, 26 & 29. The Court directs the Clerk to update the docket accordingly.

2. The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 35. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 19, denied. Shirhashirim's excessive force claim against Washington goes forward.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 September 2019