IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                                 PLAINTIFF

v.                          No. 5:19-cv-11-DPM-JJV

WALTER WASHINGTON,
Lieutenant, Varner Unit                                                  DEFENDANT

### ORDER

The February 2021 trial date has generated a dispute about when Shirhashirim's appointed lawyer can inspect Varner Unit's Cell Block 2, Zone 2, Cell 241. Washington appeals Judge Volpe's decision, *Doc. 57*, which decided that the inspection could occur in January with appropriate protective measures. Judge Volpe didn't clearly err or misapply the law in allowing the inspection to go forward, FED. R. CIV. P. 72(a). But, the Court can't try this case on 22 February 2021 because it will be trying criminal cases that week. Therefore, the trial is continued to 27 September 2021. The need for a prompt inspection is thus eliminated. And the inspection is postponed until May or June. It must be conducted under the terms already set by Judge Volpe—as revised by him, or agreed by the parties, depending on virus conditions at Varner next spring. Appeal, *Doc. 58*, denied as moot. An Amended Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2020