# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SHAUL SHIRHASHIRIM**
**ADC #140176**                                                                                    **PLAINTIFF**

v.                          No. 5:19-cv-11-DPM-JJV

**WALTER WASHINGTON,**
**Lieutenant, Varner Unit**                                                                **DEFENDANT**

## ORDER

It appears the deadline for dispositive motions on the merits was previously stayed but never reinstated. *Doc. 25.* The motion to extend, *Doc. 63,* is therefore granted. Dispositive motions due by 27 August 2021. The Court will need time to consider those motions after they ripen. The 27 September 2021 trial is therefore continued to 24 January 2022. A Second Amended Final Scheduling Order will issue. This older case needs resolution, though. No further extensions or continuances will be granted absent truly extraordinary circumstances.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2021