IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                              PLAINTIFF

v.                          No. 5:19-cv-11-DPM-JJV

WALTER WASHINGTON,
Lieutenant, Varner Unit                                                  DEFENDANT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 71*, and overrules Washington's objections, *Doc. 72*. FED. R. CIV. P. 72(b)(3). The material facts are more disputed than Washington's objections suggest. *Compare Doc. 72 with Doc. 70*. Motion for summary judgment, *Doc. 66*, partly granted and partly denied. The official capacity damages claims are dismissed with prejudice. The individual capacity excessive force claim remains for trial.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 October 2021