IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                                                          PLAINTIFF

v.                                    No. 5:19-cv-11-DPM-JJV

WALTER WASHINGTON,
Lieutenant, Varner Unit                                                                      DEFENDANT

## ORDER

The Court appreciates the pretrial filings, *Doc. 74, 75, 76, and 77.* The Court must try a criminal case the week of 24 January 2022. The trial in this case is therefore rescheduled for 28 February 2022 at noon in Little Rock.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2022