IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUL SHIRHASHIRIM
ADC #140176                                                           PLAINTIFF

v.                      No. 5:19-cv-11-DPM-JJV

JAMES GIBSON, Warden, Varner
Unit;  WALTER WASHINGTON,
Lieutenant, Varner Unit;  and
WENDY KELLEY, Director,
ADC Central Office                                                  DEFENDANTS

## JUDGMENT

Shirhashirim's excessive force claims against Walter Washington in his individual capacity are dismissed with prejudice. All other claims against him, and all claims against all the other defendants, are dismissed without prejudice. The Court retains jurisdiction until 21 May 2022 to enforce the parties' settlement.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 March 2022